SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

2. Case Administrator

FROM:    Financial Administrator

DATE: 2/6/2015

CASE NAME: Sinclair

CASE NUMBER: 09-24077

Check Number 927198 in the amount of $ 3,678.64 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 9380    Intake Clerk's Initials

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

Case 09-24077-CMB    Doc 72    Filed 02/09/15    Entered 02/09/15 10:44:10    Desc Main
Document    Page 2 of 2

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/05/2015

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: MITCHELL R SINCLAIR

Case No: 09-24077CMB

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Ncc Div Commonwealth Fncl Sys*
245 Main St
Dickson City, PA 18519

CHECK NUMBER 927198    AMOUNT $3678.64

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: ANICIA OGONOSKY-GAU ESQ**
MITCHELL R SINCLAIR

Ncc Div Commonwealth Fncl Sys*