**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MITCHELL R SINCLAIR

Debtor(s)

Ronda J. Winnecour
　　Movant
　　vs.
No Repondents.

Case No.:09-24077 CMB

Document No.:

### TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 05/31/2009 and confirmed on 08/06/2009. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,564.00 |
| Less Refunds to Debtor | 20.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,544.00 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,175.00 | |
| 　Trustee Fee | 1,821.58 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,996.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| HSBC AUTO FINANCE* | 12,922.71 | 12,922.71 | 1,854.87 | 14,777.58 |
| 　Acct: XXXXXX0014 | | | | |
| JPMORGAN CHASE BANK | 0.00 | 19,808.72 | 0.00 | 19,808.72 |
| 　Acct: XXX9273 | | | | |
| | | | | 34,586.30 |
| **Priority** | | | | |
| ANICIA OGONOSKY-GAU ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　Acct: | | | | |
| MITCHELL R SINCLAIR | 20.00 | 20.00 | 0.00 | 0.00 |
| 　Acct: | | | | |
| ANICIA OGONOSKY-GAU ESQ** | 2,175.00 | 2,175.00 | 0.00 | 0.00 |
| 　Acct: | | | | |
| SANTILLAN LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 　Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 3,678.64 | 3,678.64 | 0.00 | 3,678.64 |
| 　Acct: XXXXXXXXXXXXXXXXXXXXXX SYS | | | | |
| | | | | 3,678.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| BENEFICIAL/HOUSEHOLD/HRS USA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX0653 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,316.50 | 1,429.59 | 0.00 | 1,429.59 |
| Acct: 5212 | | | | |
| CITIFINANCIAL (RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX3443 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX1531 | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX5203 | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX7177 | | | | |
| DISCOVER BANK(*) | 2,779.81 | 1,715.52 | 0.00 | 1,715.52 |
| Acct: XXX9665 | | | | |
| LHR INC | 2,163.82 | 1,335.37 | 0.00 | 1,335.37 |
| Acct: 8651 | | | | |
| MIDLAND CREDIT MANAGEMNT INC | 7,464.04 | 4,606.33 | 0.00 | 4,606.33 |
| Acct: XXXXXXX5199 | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X1750 | | | | |
| VANDA LLC | 1,728.06 | 1,066.44 | 0.00 | 1,066.44 |
| Acct: 0957 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 949.02 | 585.68 | 0.00 | 585.68 |
| Acct: 6916 | | | | |
| SHAPIRO LAW OFFICE PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX8859 | | | | |
| SUNOCO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6114 | | | | |
| DODEKA LLC | 4,811.88 | 2,969.58 | 0.00 | 2,969.58 |
| Acct: XXX5257 | | | | |
| NORTH STAR CAPITAL ACQUISITION | 1,794.00 | 1,107.14 | 0.00 | 1,107.14 |
| Acct: XXXXXXXXXXX5846 | | | | |
| NCC DIV COMMONWEALTH FNCL SYS* | 8,337.67 | 1,466.83 | 0.00 | 1,466.83 |
| Acct: XXXXXXXXXXXXX4849 | | | | |
| ASCENSION ACQUISITIONS I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAY B JONES ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,282.48 |

TOTAL PAID TO CREDITORS                                                                                                  54,547.42

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,678.64 |
| SECURED | 12,922.71 |
| UNSECURED | 32.344.80 |

**Wherefore** the trustee requests a final decree be entered which discharges the trustee and her surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 02/13/2015

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com